No. 03–883. WOLGAST CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 03–887. VASQUEZ v. SNOW, SECRETARY OF THE TREASURY. C. A. 5th Cir. Certiorari denied.

No. 03–888. MACKBY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–891. GILL, CHAPTER 7 TRUSTEE v. STERN; and
No. 03–1055. STERN v. GILL, CHAPTER 7 TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 03–895. ROSALES ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–903. WELCH ET AL. v. DAVIS ET AL. Ct. App. Mo., Western Dist. Certiorari denied.

No. 03–911. S. D. MYERS, INC. v. CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–982. WALZ, GUARDIAN AD LITEM, ON BEHALF OF WALZ v. EGG HARBOR TOWNSHIP BOARD OF EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–986. BLOOMBERG, MAYOR OF THE CITY OF NEW YORK, ET AL. v. HENRIETTA D. ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED. C. A. 2d Cir. Certiorari denied.

No. 03–995. WORDS, INC. v. SINGER ET AL. Ct. App. D. C. Certiorari denied.

No. 03–997. GORDON v. MEANS ET AL. Sup. Ct. Va. Certiorari denied.

No. 03–1001. SCOTT v. PRISON HEALTH SERVICES, INC. C. A. 8th Cir. Certiorari denied.

No. 03–1002. DESOUZA v. UNIVERSITY OF CALIFORNIA, DAVIS MEDICAL CENTER, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.